**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: KENNETH WILLIAM NOVAK, JR    Case No.: 21-20373 JRA

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2021.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 05/24/2021.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 2.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $.00 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| (D) INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| (D) INTERNAL REVENUE SERVIC | Unsecured | NA | NA | NA | .00 | .00 |
| (P) CREDITORS' DISC & AUDIT C | Unsecured | NA | NA | NA | .00 | .00 |
| (P) INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| (P) INTERNAL REVENUE SERVIC | Unsecured | NA | NA | NA | .00 | .00 |
| ALLIED COLLECTION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Secured | NA | 32,102.08 | 32,102.08 | .00 | .00 |
| ATTORNEY GEN OF THE UNITES | Unsecured | NA | NA | NA | .00 | .00 |
| BOWER & FALK | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | NA | 113.68 | 113.68 | .00 | .00 |
| CHOICE RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| CLEARINGHOUSE | Priority | NA | 4,437.35 | 4,437.35 | .00 | .00 |
| CREDITORS DISC & AUDIT CO | Unsecured | NA | NA | NA | .00 | .00 |
| DEPT OF THE TREASURY | Unsecured | NA | NA | NA | .00 | .00 |
| DOYLE & FOUTTY PC | Unsecured | NA | NA | NA | .00 | .00 |

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: KENNETH WILLIAM NOVAK, JR                                      Case No.: 21-20373 JRA

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GENETOS LANE & BUITENDORP | Unsecured | NA | 643.39 | 643.39 | .00 | .00 |
| GENETOS LANE & BUITENDORP | Unsecured | NA | 775.69 | 775.69 | .00 | .00 |
| IND DEPT OF REV | Priority | NA | 8,303.02 | 8,303.02 | .00 | .00 |
| IND DEPT OF REV | Secured | NA | 669.35 | 669.35 | .00 | .00 |
| IND DEPT OF REV | Unsecured | NA | 520.00 | 520.00 | .00 | .00 |
| INDIANA ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA EMP SECURITY DIV | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA GROSS INC DIV | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | NA | 730.74 | 730.74 | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | NA | 150.00 | 150.00 | .00 | .00 |
| LAKE COUNTY ASSESSOR | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE COUNTY TREASURER | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE COUNTY TREASURER | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE SUPERIOR CRT, CIVIL DIV | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE SUPERIOR CRT, CTY DIV | Unsecured | NA | NA | NA | .00 | .00 |
| MANLEY DEAS KOCHALSKI LLC | Unsecured | NA | NA | NA | .00 | .00 |
| MARINOSCI LAW GROUP PC | Unsecured | NA | NA | NA | .00 | .00 |
| MIQUEL F. MARTINEZ | Unsecured | NA | NA | NA | .00 | .00 |
| MR. COOPER | Unsecured | NA | NA | NA | .00 | .00 |
| NEWREZ | Unsecured | NA | NA | NA | .00 | .00 |
| NEWTON CIRCUT COURT | Unsecured | NA | NA | NA | .00 | .00 |
| NEWTON COUNTY ASSESSOR'S | Unsecured | NA | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PHH MORTGAGE SERVICES | Secured | NA | 33,374.98 | 33,374.98 | .00 | .00 |
| PHH MORTGAGE SERVICES | Secured | NA | 138,615.53 | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | Unsecured | NA | NA | NA | .00 | .00 |
| SANTANDER CONSUMER USA | Unsecured | NA | NA | NA | .00 | .00 |
| THE BANK OF NEW YORK MELL | Unsecured | NA | NA | NA | .00 | .00 |
| THOMAS J. PLASKOTA, AS PER | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: KENNETH WILLIAM NOVAK, JR                                        Case No.: 21-20373 JRA

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNITED STATES ATTY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 33,374.98 | .00 | .00 |
| Debt Secured by Vehicle: | 32,102.08 | .00 | .00 |
| All Other Secured: | 669.35 | .00 | .00 |
| **TOTAL SECURED:** | 66,146.41 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | 4,437.35 | .00 | .00 |
| All Other Priority: | 8,303.02 | .00 | .00 |
| **TOTAL PRIORITY:** | 12,740.37 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 2,933.50 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | | $.00 |
| Disbursements to Creditors: | | $.00 |
| **TOTAL DISBURSEMENTS:** | | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/28/2021                                    By: /s/PAUL CHAEL
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

IN RE:                                                                                           CASE NO:
KENNETH WILLIAM NOVAK, JR                                                    21-20373 JRA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: June 18, 2021                                              /s/PAUL CHAEL
                                                                              PAUL CHAEL